UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Jeffrey C., | File No. 17-cv-05366 (ECT/HB) |
| Plaintiff, | |
| v. | **ORDER ACCEPTING REPORT AND RECOMMENDATION** |
| Nancy Berryhill, Acting Commissioner of Social Security, | |
| Defendant. | |

---

The Court has received the December 21, 2018 Report and Recommendation of United States Magistrate Judge Hildy Bowbeer. ECF No. 20. No party has objected to that Report and Recommendation, *see* ECF No. 21, and the Court therefore reviews it for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all of the files, records, and proceedings in the above-captioned matter, **IT IS HEREBY ORDERED THAT**:

1. The Report and Recommendation [ECF No. 20] is **ACCEPTED**;

2. Plaintiff's Motion for Summary Judgment [ECF No. 10] is **DENIED**; and

3. Defendant's Motion for Summary Judgment [ECF No. 17] is **GRANTED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: January 17, 2019         s/Eric C. Tostrud
                                Eric C. Tostrud
                                United States District Court